**Vernon L. JOHNSON, Plaintiff–Appellant**

v.

**SSM HEALTHCARE SYSTEM, Defendant–Appellee.**

**No. 14–1397.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 14, 2014.

Filed: Nov. 20, 2014.

Vernon L. Johnson, Saint Louis, MO, pro se.

Dawn Morville Johnson, Elizabeth T. Nguyen, John Edgar Petite, Greensfelder & Hemker, Saint Louis, MO, for Defendant–Appellee.

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Dr. Vernon L. Johnson appeals the district court's [1] adverse grant of summary judgment in his state-tort suit for damages arising from revocation of his hospital privileges; his suit was removed to federal

court under the Health Care Quality Improvement Act (HCQIA). Upon de novo review, we find no basis for overturning the district court's determination that SSM was entitled to HCQIA immunity, because Dr. Johnson did not satisfy his burden of producing evidence that would allow a reasonable jury to find that the peer review process failed to meet HCQIA's standards. *See Lee v. Trinity Lutheran Hosp.*, 408 F.3d 1064, 1070–71 (8th Cir.2005).[2] The judgment of the district court is affirmed, *see* 8th Cir. R. 47B, and Dr. Johnson's pending motion is granted.

---

**2.** We decline to address the matters Dr. Johnson raises for the first time in his opening brief, *see Stone v. Harry*, 364 F.3d 912, 914–15 (8th Cir.2004), or in his reply brief, *see Jenkins v. Winter*, 540 F.3d 742, 751 (8th Cir. 2008).